E-FILED
Wednesday, 28 June, 2006   10:17:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-3033M |
| ) | |
| JORGE OMELANCZUK, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the Defendant JORGE OMELANCZUK, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to modify the conditions of his release in this cause. In support thereof, defendant states as follows:

1. Defendant is on release in the Northern District of Illinois;

2. Defendant has been seeing a specialist physician in Hammond, Indiana;

3. Defendant's car sales business has a business need for him to travel to the Western District of Michigan to attend a regular car auction;

4. Defendant's supervision officer from the Northern District of Illinois has no objection to travel out of the district for business or medical needs;

5. AUSA Gilmore has no objection to this motion.

WHEREFORE, the defendant JORGE OMELANCZUK, prays that this Honorable Court modify the conditions of his release in this cause.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701


By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org