

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIM. NO. 06-30053 |
| v. | ) VIO: 21 U.S.C. §§ 841(a)(1), |
| | ) (b)(1)(B). |
| GEORGE OMELANCZUK, | ) |
| Defendant. | ) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

On or about June 12, 2006, in Sangamon County, in the Central District of Illinois, the defendant,

**GEORGE OMELANCZUK,**

knowingly and intentionally distributed 500 or more grams of a mixture or substance containing cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL,

**s/foreperson**
FOREPERSON

**s/Greg Harris for**
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG